JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE BREW,<br><br>    Plaintiff,<br><br>    v.<br><br>BARCLAYS BANK DELAWARE, et al.,<br><br>    Defendants. | CV 20-9130 PA (GJSx)<br><br>JUDGMENT |

Pursuant to the Court's July 12, 2021 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: July 12, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE